UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21506-CIV-COHN

GEORGE HALL,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOVANT'S PETITION

**THIS CAUSE** is before the Court upon Movant George Hall's ("Movant") First Amendment Petition for a Redress of Grievance [DE 20] ("Petition"). The Court has considered the Petition and the record in this case, and is otherwise fully advised in the premises.

In the Petition, Movant asks the Court to overturn his conviction and order his release from prison. See Petition at 3. Movant alleges that his conviction was in violation of the Tenth Amendment, the Ex Post Facto Clause, the Establishment Clause, the Due Process Clause, and the "Separation of Powers" Clause. See id. at 2. Movant argues that the statutes under which he was convicted are void because they violate the Tenth Amendment. See id. at 2-3.

This Petition must be denied for the same reasons as Movant's earlier § 2241 Habeas Corpus Petition [DE 1] was denied. See Report Regarding Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) [DE 16] ("Report"). Movant has filed four prior motions to vacate, the past three of which have been

dismissed as successive.  See Report at 2-3.  The instant Petition, like Movant's prior Petition in this case, is actually a successive application pursuant to 28 U.S.C. § 2255 because it seeks to vacate Movant's conviction.  See Report at 1-2; 28 U.S.C. § 2255.  Before a party may file a successive habeas application in a district court, the applicant "must move in the appropriate court of appeals for an order authorizing the district court to consider the application."  28 U.S.C. § 2244(b)(3)(A).  Movant has not submitted to this Court evidence of such authorization, and therefore the Petition must be denied.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

(1) Movant George Hall's First Amendment Petition for a Redress of Grievance [DE 20] is **DENIED**.

(2) Movant George Hall's Motion to Proceed In Forma Pauperis [DE 19] is **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19th day of November, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

George Hall
*Pro se*
44777-004
USP - Lewisburg
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1000
Lewisburg, PA 17837